

Exhibit No. 2

## Real Property Tax Appeals Commission

IN ACCORDANCE WITH Section §47-825.01a of the District of Columbia Statutes you are hereby notified of your Classification Appeal as finalized by the Real Property Tax Appeals Commission for the property described below. **If YOU WISH TO APPEAL THIS ASSESSMENT FURTHER, SEE THE INFORMATION BELOW.**

| | |
|---|---|
| **Hearing Date:** March 21, 2017 | **Decision Date:** March 29, 2017 |

**Legal Description of Property**

Square: 2891    Lot: 0825

Property Address: 3128 – 3130 Georgia Avenue NW

## TAX YEAR 2016 CLASSIFICATION

**Rationale**

The Real Property Tax Appeals Commission (RPTAC or the Commission) is charged with determining the classification of the subject property for Tax Year 2016. Pursuant to statute, the Petitioner must demonstrate by a preponderance of the evidence that the classification by the Department of Consumer and Regulatory Affairs (DCRA) is erroneous.

The hearing testimony, together with the written documents, presented in this case revealed that the Petitioner, *for the second straight tax year*, has appealed from a denial of a request for an exemption from the Registration of Vacant Buildings Law. We hereby reverse the denial of the exemption for Tax Year 2016 and grant the exemption for that year, for the exact same reasons that the Commission granted the exemption from registration *in a written opinion concerning the same property* for Tax Year 2015: The Commission holds that the Petitioner has demonstrated that she has acted in good faith in trying to lease or sell the property, based on an electronic communication from a potential purchaser to the Petitioner's counsel, and that DCRA's denial of the exemption was mistakenly based on its erroneous conclusion (as stated in the denial letter) that the subject property was residential, when, in fact, it was commercial property.

### COMMISSIONER SIGNATURES

_____    _____    _____
Richard Amato, Esq.                   May Chan                              Stacie Scott Turner

### FURTHER APPEAL PROCEDURES

Petitioners who want to request a RPTAC rehearing must do so within fifteen (15) days of the date of this decision. Petitioners have the right to appeal an adverse decision of RPTAC to the Superior Court of the District of Columbia under the applicable provisions of the D.C. Code. Appeals to Superior Court must be filed no later than September 30th of the tax year. In order to file an appeal with the D.C. Superior Court, petitioners must pay full year taxes to the Office of Tax and Revenue.