Exhibit No. 3

## Real Property Tax Appeals Commission

IN ACCORDANCE WITH Section §47-825.01a of the District of Columbia Statutes you are hereby notified of your Classification Appeal as finalized by the Real Property Tax Appeals Commission for the property described below. **If YOU WISH TO APPEAL THIS ASSESSMENT FURTHER, SEE THE INFORMATION BELOW.**

| Hearing Date: February 12, 2020 | Decision Date: March 6, 2020 |
|---|---|

**Legal Description of Property**

Square: 2891   Lot: 0825

Property Address: 3128-3130 Georgia Avenue NW

**CORRECTION NOTICE**

## TAX YEAR 2018 VACANT CLASSIFICATION

This appeal is a result of the denial of an exemption from a classification of the Petitioner's building by the Department of Consumer and Regulatory Affairs (DCRA) as Vacant for Tax Year 2018.

Pursuant to D.C. Code § 47-825(4)(C)(iii), the owner must demonstrate by a preponderance of the evidence that the classification of the real property by DCRA is erroneous.

The Petitioner, aided by her counsel, testified that "the subject property is well-maintained and exceeds the maintenance requirements of D.C. Code § 42-3131.12." The Petitioner's counsel further testified that "[T]he property does not pose any harm or threat to the peace and tranquility of the community where the property is situated and there are no life-or-health threatening conditions existing on the property. There have no complaints about the integrity of the property by any member of the community including employees from DCRA who have been on the property." The Petitioner's counsel testified that the items within the building are snow blowers, brooms, snow shovel, and trash bags, and that the property is not used as a warehouse; "the property owner does not seek to change the use of the property to be or become a warehouse, contrary to the inference included in DCRA's Final Determination."

The Commission has reviewed the submissions and testimony by the parties, and has determined that the subject property does not meet the definition of "warehouse," which is defined as "a large building where raw materials or manufactured goods may be stored before their export or distribution for sale." The subject property only consists of approximately 2,200 square feet of usable space, and the Petitioner's testimony that the items kept within the subject property are merely to assist in maintaining the subject property as well as additional properties owned and maintained by the Petitioner/Owner appears to be a reasonable explanation. The Commission has determined that the Petitioner *has met* her burden by a preponderance of the evidence that DCRA's classification of the subject property is erroneous, and therefore the Commission hereby grants the Petitioner's request to reclassify the subject property as Class 2 for Tax Year 2018.

**COMMISSIONER SIGNATURES**

| _____ | _____ | _____ |
| Cliftine Jones | Richard Amato, Esq. | May Chan |

**FURTHER APPEAL PROCEDURES**

**Petitioners who want to request a RPTAC rehearing must do so within fifteen (15) days of the date of this decision. Petitioners have the right to appeal an adverse decision of RPTAC to the Superior Court of the District of Columbia under the applicable provisions of the D.C. Code. Appeals to Superior Court must be filed no later than September 30th of the tax year. In order to file an appeal with the D.C. Superior Court, petitioners must pay full year taxes to the Office of Tax and Revenue.**